**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 01 2011 ★

**BROOKLYN OFFICE**

1. Title of Case: **United States v. Iani Tassev**

2. Related Magistrate Docket Number(s):

    None (X)

3. Arrest Date:

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

    U.S. v. Square et al., 08 CR 916 (SLT)

**CR 11 - 0154**

**GARAUFIS, J.**

**BLOOM, M.J.**

6. Projected Length of Trial:  Less than 6 weeks (X)
   More than 6 weeks ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   (X) Yes  ( ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____

Steven Tiscione
Assistant U.S. Attorney
718-254-6317

Rev. 3/22/01