## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** CHERYL L. POLLAK     **DATE :** 3/9/11

**DOCKET NUMBER:** 11-CR-154(NGG)     **LOG # :** 11:20 — 11:25

**DEFENDANT'S NAME :** IANI TASSEV
     ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

**DEFENSE COUNSEL :** GASPAR CASTILLO
     ___ Federal Defender     ___ CJA     ✓ Retained

**A.U.S.A:** STEVEN TISCIONE     **DEPUTY CLERK :** SM YUEN

**INTERPRETER :** _____ (Language) _____

_____ Hearing held.     _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

✓ Order of Speedy Trial entered.   Code Type ___   Start 3/9   Stop 5/27/11

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 5/27/11 @ 11am before Judge Garafanis.

**OTHERS :** _____