## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Ramon E. Reyes, Jr.**  DATE : 5/23/11

DOCKET NUMBER: 11CR154(NGG)  LOG # : 11:25-11:33

DEFENDANT'S NAME : Iani Tassev
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL : Gaspar Castillo
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A: Steven Tiscione   DEPUTY CLERK : K. DiLorenzo

INTERPRETER : _____ (Language) _____

Bail ___ Hearing held. ___ Hearing adjourned to ___

✓ Defendant was released on $1 million PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

1 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

1 Additional surety (ies) to co-signed bond by 5/24/11

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___ Start___ Stop___

✓ Order of Speedy Trial entered.  Code Type___ Start 5/23/11 Stop 6/23/11

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 6/23/11 @ 10am before Judge Garaufis

OTHERS : _____