## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Ramon E. Reyes, Jr.   **DATE:** 5/26/11

DOCKET NUMBER: 11 CR 154 (NGG)   LOG #: 2:31-2:33

DEFENDANT'S NAME: Tani Tassen
      ___ Present   ___ Not Present   ___ Custody   ___ Bail

DEFENSE COUNSEL : _____
      ___ Federal Defender   ___ CJA   ___ Retained

A.U.S.A: _____   DEPUTY CLERK : _____

INTERPRETER : _____   (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

    Anna Tassen
✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____