MINUTE ENTRY FOR CRIMINAL PROCEEDING

**BEFORE MAG. JUDGE** Steven M. Gold          **DATE:** 10/28/16

**DOCKET NUMBER:** 11CR154(NGG)          **LOG #:** 2:44 - 3:01

**DEFENDANT'S NAME:** Iani Tassev
✓ Present    ___ Not Present    ___ Custody    ✓ Bail

**DEFENSE COUNSEL:** Heather Boxeth appears via telephone
___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:** Andrew Gilman for Craig Heeren          **CLERK:** Felix Chin

**INTERPRETER:** _____ (Language) _____

___ Defendant arraigned on the indictment.

___ Defendant pleads **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

✓ Bond set at $150,000. Defendant ___ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

1 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention/removal in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

**Other Rulings:** Counsel Isabelle Kirshner present for sureties. 2 sureties removed from bond. 1 new surety added to the new bond set in the amount of $150,000.