D/F

CRH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

IANI TASSEV

Defendant.

- - - - - - - - - - - - -X

ORDER

Docket No. 11 CR 154 (NGG)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Craig R. Heeren, it is hereby

ORDERED that the indictment be dismissed without prejudice as to defendant Iani Tassev.

Dated: Brooklyn, New York
April 8, 2019

s/Nicholas G. Garaufis

THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK